January 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RSL FUNDING, LLC, Appellant

NO. 14-12-00279-CV                    V.

CHAVEZE D. PIPPINS, DANIEL P. MORRIS, DONNA M. O'BRIEN, METROPOLITAN LIFE INSURANCE COMPANY, METLIFE INSURANCE COMPANY OF CONNECTICUT, AND METLIFE INVESTORS USA INSURANCE CO., Appellees

_____

This cause, an interlocutory appeal from the trial court's order granting a stay of arbitration proceedings and denying a stay of trial proceedings, signed March 30, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We therefore order the trial court's order **AFFIRMED**.

We order appellant RSL Funding, LLC to pay all costs incurred in this appeal.

We further order this decision certified below for observance.